UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cr-00211-JPH-TAB |
| ANNA HARRIS-HARDEN, | ) -01 |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mario Garcia's Report and Recommendation and all findings therein, dkt. [130]. The Court now **ORDERS** that Anna Harris-Harden's supervised release is therefore **REVOKED**, dkts. [106], [114], and [123], and Ms. Harris-Harden is sentenced to the custody of the Attorney General or his designee for a period of 7 months with no supervised release to follow. The Court recommends placement in the federal camp at Greenville, Illinois, if such is deemed to be an appropriate facility by the Bureau of Prisons. Violation numbers 3 and 4 are **DISMISSED**.

**SO ORDERED.**

Date: 12/18/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C